**Entered on Docket**
**July 18, 2008**

**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
yvette@ccfirm.com
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. 400452528350045279 / Our File No. 08-02-0643

Attorney for Secured Creditor
JPMorgan Chase Bank, N.A., its assignees and/or successors in interest

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ANGELA MARRIE POESCHEL,
JEFF STANLEY POESCHEL,

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 08-50107-MKN

DATE: N/A
TIME: N/A

## STIPULATED ORDER

IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, JPMorgan Chase Bank, N.A., through its counsel, Stephanie L. Cooper, THE COOPER CASTLE LAW FIRM, and the Debtor, ANGELA MARRIE POESCHEL and JEFF STANLEY POESCHEL who is represented by counsel, Christopher Burke, Esq. , and the Chapter 13 Trustee, William Van Meter as follows:

1.    That Secured Creditor shall accept and Debtors shall accommodate the fair market value in the amount of $1,000.00 in the Chapter 13 Plan regarding the subject Collateral generally and legally known as: 1998 Dodge Durango, VIN No. 1B4HS28ZXWF121360.

SO STIPULATED

Date:_____    By: _____
                             STEPHANIE L. COOPER, ESQ.
                             THE COOPER CASTLE LAW FIRM
                             A Multi-Jurisdictional Law Firm
                             Attorney for Secured Creditor
                             JPMorgan Chase Bank, N.A.

SO STIPULATED

Date: 6/30/08    By: _____
                             Christopher Burke, Esq.
                             Attorney for ANGELA MARRIE POESCHEL
                             JEFF STANLEY POESCHEL

SO STIPULATED

Date:_____    By: _____
                             William Van Meter
                             Chapter 13 Trustee

                             ###