

**Entered on Docket**
**August 27, 2009**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

Stephanie L. Cooper, Esq. (NBN 5919)
Michael W. Chen, Esq. (NBN 7307)
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View
Las Vegas, Nevada 89107
Telephone: (702) 435-4175
Facsimile:  (702) 435-4181

Attorneys for Secured Creditor
JPMorgan Chase Bank, N.A., its assignees and/or successors in interest

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (Reno)

| | |
|---|---|
| In re:<br><br>JEFF STANLEY POESCHEL<br><br>Debtor | CHAPTER 13<br>BANKRUPTCY NO.: 08-50107-GWZ<br>DATE: April 24, 2009<br>TIME:  1:30 p.m. |

### EXPARTE ORDER VACATING THE AUTOMATIC STAY FOR NON-COMPLIANCE OF CONDITIONAL ORDER FOR TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT

Pursuant to the Conditional Order for Termination of Automatic Stay Upon Non-Payment, the above-referenced Debtor was obligated to either modify their plan to cure the delinquency in plan payments through April, 2009 or completely cure the plan delinquency, within sixty (60) days of the hearing date, which he has failed to make.

1  The Debtor has failed to comply thereby necessitating the filing of an Affidavit of Non-
2  Compliance.
3  Based on the failure to comply with court order and good cause appearing;
4  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in
5  the above-entitled Bankruptcy case is immediately extinguished for all purposes as to Secured
6  Creditor, JPMorgan Chase Bank, N.A., its assignees and/or successors in interest, and that
7  Secured Creditor, its assignees and/or successors in interest, may proceed with all actions to
8  include a repossession of said security and/or sell said security at auction to the highest bidder.
9  Security is generally described as:

A 1998 Dodge Durango, VIN 1B4HS28ZXWF121360

pursuant to applicable state law, and thereafter commence any action necessary to obtain complete possession of the subject Security.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions and binding are hereby affirmed in this Order as well.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any claim on file for the creditor with regard to the subject property is hereby withdrawn.

THE COOPER CHRISTENSEN LAW FIRM, LLP
A Multi-Jurisdictional Law Firm

By: _____  Date: 8-24-09
Michael W. Chen, Esq.
Attorney for Secured Creditor